1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH A. SMITH

11            Plaintiff,                    No.2:11-cv-01304 GGH P

12        vs.

13   SACRAMENTO BOARD OF
     PRISON TERMS, et al.

14            Defendants.              ORDER

15
                                          /
16

17            By order filed June 15, 2011, the court granted plaintiff twenty-eight days to file

18   an amended complaint.  In the June 15, 2011 order, the court informed plaintiff of the

19   deficiencies in his complaint.  The twenty-eight day period has now expired, and plaintiff has not

20   filed an amended complaint or otherwise responded to the court's order.  Plaintiff, who is the

21   only appearing party, has consented to this court's jurisdiction.  (Docket No. 6)

22   ////

23   ////

24   ////

25   ////

26   ////

1

1          For the reasons given in the June 15, 2011, order, IT IS HEREBY ORDERED that

2  this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3  DATED: October 4, 2011

4                                   <u>/s/ Gregory G. Hollows</u>
                               UNITED STATES MAGISTRATE JUDGE

5

6  GGH: rb
   smit1304.fta.GGH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26